# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Albert Maffei,
    Plaintiff,

Case Number 3:08-cv-00059-RRB

v.

United States of America,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff recover nothing, the action be dismissed.

APPROVED:

**s/Ralph R. Beistline**
United States District Judge

Date: October 19, 2009

| | |
|---|---|
| *NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.* | Ida Romack<br>Ida Romack, Clerk of Court |

[308cv00059-RRB Maffei.wpd]{JMT2.WPT*Rev.3/03}